# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS A. JOSEPH, THOMAS J. JOSEPH, ACUMARK, INC., AIRPORT LIMOUSINE AND TAXI SERVICE INC.,

          Respondents

v.

THE SCRANTON TIMES L.P., THE TIMES PARTNER, JAMES CONMY AND EDWARD LEWIS,

          Petitioners

: No. 407 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioners, are:

    a) Whether an appellate court may disregard the foundational rules requiring deference to the trial court's factual findings and credibility determinations?

    b) Whether a court may disregard the First Amendment constraints on defamation actions by concluding that the injury-in-fact liability element of a defamation claim is established without proof of reputational harm caused by defamatory statements?

    c) Whether a court may disregard the First Amendment constraints on defamation actions by holding that proof of actual malice relieves plaintiffs of their burden to prove injury-in-fact?

    d) Whether a court may disregard the First Amendment constraints that require a defamation plaintiff to prove falsity and fault on the part of a media defendant and order a retrial on damages only where the record does not establish that a plaintiff met his constitutional burdens?